CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 26 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 7:10CR00050 |
| | ) | (CASE NO. 7:16CV81173) |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| | ) | |
| MARIA HERNANDEZ-SALAZAR, | ) | By: Hon. Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendant. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that defendant's motion to vacate, set aside or correct the sentence, pursuant to 28 U.S.C. § 2255, (See ECF No. 157) is **DISMISSED WITHOUT PREJUDICE** and is **STRICKEN** from the active docket of the court; the motion is hereby **CONSTRUED** as a motion for reduction of sentence under 18 U.S.C. § 3582(c); and is **DENIED**.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to defendant.

ENTER: This 26th day of August, 2016.

/s/ Glen E. Conrad
Chief United States District Judge